UNITED STATES of America, Plaintiff–Appellee,

v.

**Roger BYRD, Defendant–Appellant.**

No. 09–6836.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 10, 2009.

Decided: Sept. 15, 2009.

Roger Byrd, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before KING, DUNCAN, and AGEE, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger Byrd filed a notice of appeal from a pleading filed by his counsel informing the district court that he was not eligible for a sentence reduction pursuant to Amendment 706 of the Sentencing Guidelines and 18 U.S.C. § 3582(c)(2) (2006).

This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). Because counsel's pleading is not an appealable order, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*